1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WATERWAY RAINSCREEN LLC, a Washington limited liability company; and JOHN URAL, an individual,<br><br>Defendant. | Case No. 2:19-cv-00033<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

15

16

The Burlington Insurance Company, for its complaint against Defendants Waterway

17

Rainscreen LLC and John Ural alleges as follows:

18

### I.      NATURE OF ACTION

19

1.      The Burlington Insurance Company seeks a declaration that an insurance policy

20

it issued to defendant Waterway Rainscreen, LLC does not provide defense or indemnity

21

coverage to either Named Insured Waterway Rainscreen LLC or its principal John Ural with

22

respect to a lawsuit filed against them.

23

### II.      PARTIES

2.      The Burlington Insurance Company ("TBIC") is a North Carolina corporation

24

with its principal place of business in Hartford, Connecticut.

25

26

3.      Upon information and belief, Waterway Rainscreen LLC ("Waterway

27

Rainscreen") was a Washington limited liability company.

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 1
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

4.      Upon information and belief, John Ural ("Ural") is an individual residing in the state of Washington and operated Washington limited liability company Waterway Rainscreen.

### III.     JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because it has complete diversity of citizenship between TBIC and the defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.      Venue is proper in this Court under 28 U.S.C. § 1391 and LR 3(e)(1) because at least one defendant resides in this district and a substantial number of the events or omissions giving rise to Waterway Rainscreen and Ural's claims for insurance coverage occurred in the Western District of Washington.

7.      This Court has the authority to determine the parties' respective rights and other legal obligations pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.  The dispute between the parties with respect to the coverage available to Waterway Rainscreen and Ural related to the Stuc-O-Flex lawsuit creates a justiciable controversy.

### IV.     FACTS

8.      The insurance coverage issues in this declaratory judgment action arise out of a lawsuit filed on November 29, 2017 by Stuc-O-Flex International, Inc. ("Stuc-O-Flex") against Waterway Rainscreen and Ural in King County Superior Court (the "Underlying Lawsuit"). The Underlying Lawsuit contains additional defendants, Low and Bonar, Inc., Pacific West Industries, Inc., Mike Czerwinski, and Jim Hewitt, who are not parties to this declaratory judgment action.

9.      In the Complaint filed in the Underlying Lawsuit, Stuc-O-Flex alleges that it entered into a contract with Ural and his company, Waterway Rainscreen, for the manufacturing of Stuc-O-Flex's trademark protected Rainscreen, which is designed for use for certain types of construction.

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 2
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

10.     The Complaint contains claims against Waterway Rainscreen and Ural for Breach of Contract, Tortious Interference with Business Expectancy, Trade Name Infringement, and Consumer Protection Act Violations.

11.     On or about January 12, 2018, counsel for Waterway Rainscreen and Ural tendered the Complaint in the Underlying Lawsuit to TBIC.

12.     TBIC denied that the Complaint in the Underlying Action alleged any claims potentially covered under the Policy, but nevertheless agreed to defend Waterway Rainscreen and Ural under a full reservation of rights, and has been defending them in the Underlying Lawsuit.

13.     On September 17, 2018, Stuc-O-Flex filed its First Amended Complaint in the Underlying Lawsuit.

14.     The First Amended Complaint added an additional party, Pacific West Industries, Inc., as a defendant in the Underlying Lawsuit.  The First Amended Complaint contains claims against Waterway Rainscreen and Ural for Breach of Contract, Tortious Interference with Business Expectancy, Trademark Violation, Consumer Protection Act Violations, and a claim for Alter Ego/Piercing the Corporate Veil.

15.     TBIC has continued to defend Waterway Rainscreen and Ural under a full reservation of rights.

16.     On September 20, 2018, the Underlying Lawsuit was removed to the Western District of Washington (Seattle) and assigned case number 2:18-cv-01386-RAJ.

## V.     THE INSURANCE POLICY

17.     Waterway Rainscreen is the Named Insured under TBIC commercial general liability policy no. 361BW33554, with a policy period of October 28, 2015 to October 28, 2016 (the "Policy").

18.     Subject to its terms, conditions, limitations, and exclusions, the Policy provides the following relevant policy language related to Coverage A, Bodily Injury and Property Damage:

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 3
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.      Insuring Agreement**

a.  We will pay those sums that the insured becomes legally obligated to pay as damages of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1)  The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2)  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b.  This insurance applies to "bodily injury" and "property damage" only if:

(1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2)  The "bodily injury" or "property damage" occurs during the policy period; and

(3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1.    of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1)  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2)  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3)  Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

19.    The Coverage A – Bodily Injury and Property Damage Liability contains the following relevant exclusions:

**2.    Exclusions**

This insurance does not apply to:

**a.  Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.  Contractual Liability**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  This

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect person or property.

\*\*\*\*\*

### k.  Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

### l.  Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

### m.  Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, in adequacy or dangerous condition in "your product: or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.  This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

\*\*\*\*\*

### o.  Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

\*\*\*\*\*

20.     The Coverage A – Bodily Injury and Property Damage Liability contains the

following relevant definitions:

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\*\*\*\*\*

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 6
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

8. "Impaired Property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement; if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract agreement.

\*\*\*\*\*

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\*\*\*\*\*

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

\*\*\*\*\*

21. "Your Product"

a. Means:

(1) Any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 7
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

                                         (c)  A person or organization whose business or assets you have acquired; and

            (2)  Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

      b.  Includes:

            (1)  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

            (2)  The providing of or failure to provide warnings or instructions.

      c.  Does not include vending machines or other property rented to or located for the use of others but not sold.

22.  "Your Work"

      a.  Means:

            (1)  Work or operations performed by your or on your behalf; and

            (2)  Materials, parts or equipment furnished in connection with such work or operations.

      b.  Includes:

      (1)  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      (2)  The providing of or failure to provide warnings or instructions.

21.    Subject to its terms, conditions, limitations, and exclusions, the Policy provides the following relevant policy language related to Coverage B, Personal and Advertising Injury Liability:

**COVERAGE B- PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

      a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies.

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 8
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.

b.  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

22.      The Coverage B – Personal and Advertising Injury Liability contains the following relevant exclusions:

**2.      Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

\*\*\*\*\*

**c.  Material Published Prior to the Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

\*\*\*\*\*

**e.  Contractual Liability**

"Personal and advertising injury: for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.  Breach of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.  Quality Or Performance of Goods-Failure To Conform To Statements**

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 9
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

1

2

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

3

\*\*\*\*\*

4

### i.  Infringement Of Copyright, Patent, Trademark Or Trade Secret

5

6

7

8

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

9

10

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

\*\*\*\*\*

11

12

### l.  Unauthorized Use of Another's Name or Product

13

14

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail, domain name or metatag, or any other similar tactics to mislead another's potential customers.

15

\*\*\*\*\*

16

    23.     The Coverage B – Personal and Advertising Injury Liability contains the

17

following relevant definitions:

18

19

    1.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products, or services for the purpose of attracting customer or supporters.  For the purpose of this definition:

20

21

    a.  Notices that are published include material placed on the Internet or on similar electronic means of communications; and

22

23

24

    b.  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

25

\*\*\*\*\*

26

27

    14.  "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 10
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord, or lessor;

d. Oral or written publication, in any manner, or material that slanders or libels a person or organization or disparages a person's or organization's goods, product or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

24.     The Policy contains an Intellectual Property exclusion that applies to both

Coverage A and B and states, in relevant part:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION - INTELLECTUAL PROPERTY**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

**A**. Paragraph **D**. of this endorsement is added to **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**B**. Paragraph **D**. of this endorsement is added **to 2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability** under the Commercial General Liability Coverage Form.

**C**. Paragraph **D**. of this endorsement is added to **2, Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability** under the Commercial General Liability Coverage Form.

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 11
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

**D**.  This insurance does not apply to claims for "any injury or damage" that results from the actual or alleged infringement or violation of any intellectual property rights or laws, including but not limited to:

> **1**.  Copyright;
>
> **2**.  Patent;
>
> **3**.  Trade dress;
>
> **4**.  Trade name;
>
> **5**.  Trade secret; or
>
> **6**.  Trademark.

**E**.  The following definition is added:

For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "bodily injury", "property damage" or "personal and advertising injury" as defined in the applicable Coverage Part.

## FIRST CLAIM FOR RELIEF

(Declaratory Judgment – No Duty to Defend)

25.     TBIC re-alleges the allegations of paragraphs 1 through 24 as if fully set forth herein.

26.     There is an actual controversy between TBIC and Waterway Rainscreen and Ural involving the claim to coverage by Waterway Rainscreen and Ural for the claims alleged in the Underlying Lawsuit.

27.     TBIC requests a declaratory judgment that based on the terms, conditions, limitations, and exclusions of the Policy, and the fact that based upon the evidence in the Underlying Lawsuit the Policy does not provide coverage for indemnity, TBIC does not have any ongoing obligation to defend Waterway Rainscreen or Ural in the Underlying Lawsuit.

## SECOND CLAIM FOR RELIEF

(Declaratory Judgment – No Duty to Indemnify)

28.     TBIC re-alleges the allegations of paragraphs 1 through 27 as if fully set forth

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 12
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

1    herein.

2         29.    TBIC requests a declaratory judgment that based on the terms, conditions,

3    limitations, and exclusions of the Policy and the evidence in the Underlying Lawsuit, TBIC

4    does not have any obligation to indemnify Waterway Rainscreen or Ural for the damages

5    sought in the Underlying Lawsuit.

6                              **PRAYER FOR RELIEF**

7    WHEREFORE, TBIC prays for judgment as follows:

8         1.     For a declaration that TBIC does not currently have, and never had, any

9                obligation to defend Waterway Rainscreen and John Ural in the Underlying

10               Lawsuit.

11        2.     For a declaration that TBIC does not currently have and can never have any

12               obligation to indemnify Waterway Rainscreen and John Ural in the Underlying

13               Lawsuit.

14        3.     Awarding TBIC costs and disbursements that are recoverable by law.

15        4.     Awarding TBIC such other and further relief as the Court may deem just and

16               appropriate.

17        DATED this 9th day of January, 2019.

18                                        Davis Wright Tremaine LLP
                                          Attorneys for Plaintiff
19

20                                        By  *s/ Everett W. Jack, Jr.*
                                             Everett W. Jack, Jr., WSBA #47076
21                                           1300 SW Fifth Avenue, Suite 2400
                                             Portland, OR  97201-5610
22                                           Telephone: 503-778-5218
                                             Fax: 503-778-5299
23                                           E-mail: jacke@dwt.com

24

25

26

27

COMPLAINT FOR DECLARATORY JUDGMENT (2:19-cv-00033)- 13
4826-2573-0426v.2 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax