THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WATERWAY RAINSCREEN LLC, a Washington limited liability company; and JOHN URAL, an individual,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-00033-RAJ<br><br>**NOTICE OF SETTLEMENT** |

Counsel for Plaintiff, The Burlington Insurance Company, and Defendants, Waterway Rainscreen LLC and John Ural, hereby provide the Court with notice that the parties have reached an agreement to resolve the matters at issue in this case. The parties request that the Court vacate all current schedule dates to allow the parties time to complete the settlement. The parties will thereafter seek an appropriate dismissal from the Court.

NOTICE OF SETTLEMENT (2:19-cv-00033) - 1
4845-5360-9886v.1 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

1
2      DATED this 31st day of July, 2019.
3
4                              **DAVIS WRIGHT TREMAINE LLP**
                               Attorneys for Plaintiff
5
6                              By  *s/ Everett W. Jack, Jr.*
                                   Everett W. Jack, Jr., WSBA #47076
7                                  1300 SW Fifth Avenue, Suite 2400
8                                  Portland, OR  97201-5610
                                   Telephone:  503-778-5218
9                                  Facsimile:  503-778-5299
10                                 E-mail:  jacke@dwt.com
11
12                             **TOUSLEY BRAIN STEPHENS**
                               Attorneys for Defendants
13
14
15                             By  *s/ Chase Cristian Alvord*
                                   Chase Christian Alvord, WSBA #21111
16                                 James M. Bulthuis, WSBA #44089
17                                 1700 Seventh Avenue, Suite 2200
                                   Seattle, WA  98101
18                                 Telephone:  206-682-5600
19                                 Facsimile:  206-682-2992
                                   E-mail:  calvord@tousley.com
20                                          JBulthuis@Tousley.com
21
22
23
24
25
26
27

NOTICE OF SETTLEMENT (2:19-cv-00033) - 2
4845-5360-9886v.1 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 31st day of July, 2019.

        Davis Wright Tremaine LLP
        Attorneys for Plaintiff


        By  *s/ Everett W. Jack, Jr.*
         Everett W. Jack, Jr., WSBA #47076

NOTICE OF SETTLEMENT (2:19-cv-00033) - 3
4845-5360-9886v.1 0082123-000038

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax